PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

RECEIVED
WILLIAM T. WALSH, CLERK

2006 MAR -3  P 3: 16

UNITED STATES
DISTRICT COURT

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Candice Hardy

Cr. 01-00403-001

Name of Sentencing Judicial Officer: THE HONORABLE WILLIAM G. BASSLER

Date of Original Sentence: 04-08-03

Original Offense: Conspiracy to Import Cocaine Base

Original Sentence: Time served; 4 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 04-08-03

Assistant U.S. Attorney: Sarah Coyne          Defense Attorney: Stacy A. Biancamano, Esq. (AFPD)

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On February 1, 2006, in Irvington, New Jersey, the offender was arrested by the Irvington Police Department and charged with possession of marijuana. According to the charging document, the offender had in her possession or control approximately one gram of marijuana (one marijuana cigarette). |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'<br><br>The offender failed to notify the probation officer, within 72 hours or otherwise, of her arrest by the Irvington Police Department on February 1, 2006. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Donald L. Martenz, Jr.
U.S. Probation Officer
Date: February 16, 2006

PROB 12C - Page 2
Candice Hardy

THE COURT ORDERS:

[X] The Issuance of a Summons.  Date of Hearing: 21 MARCH 2006 @ 11:30 AM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1 MARCH 2006
Date